IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MIKE BERSHERS                                                                                           PLAINTIFF

vs.                                     Civil No. 6:08-cv-6072

MICHAEL J. ASTRUE                                                                                   DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

For the reasons stated in this Court's Memorandum Opinion entered in the present action on today's date, this Court **DISMISSES** the present action without prejudice.

**IT IS SO ORDERED** this **12th day of November, 2008.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE